IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

YETLI PATRICIA DELGADO
MEJIA, Mother,

       Appellant,

v.

THOMAS ANTHONY
SCARPELLO, Father,

       Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-3083

Opinion filed November 15, 2016.

An appeal from the Circuit Court for Alachua County.
James P. Nilon, Judge.

Coyla J. O'Connor and John N. Bogdanoff of The Carylyle Appellate Law Firm,
The Villages, for Appellant.

Patricia M. Lee of Urban Thier & Federer, P.A., Orlando, for Appellee.

PER CURIAM.

      AFFIRMED.

B.L. THOMAS, WETHERELL, and WINSOR, JJ., CONCUR.